## UNITED STATES *versus* WILLIAM C. KELLY

JOURNAL ENTRIES (1822–27): *Journal 3:* (1) Motion for discharge overruled, recognizance *p. 318; (2) motion for indorsement of name as prosecutor overruled *p. 318; (3) motion for subpoena granted *p. 326; (4) arraignment, plea, jury impaneled *p. 345; (5) witnesses sworn *p. 345; (6) jury called *p. 345; (7) witnesses sworn *p. 345; (8) constable sworn to attend jury *p. 345; (9) disagreement reported, jury ordered to seal verdict *p. 346; (10) disagreement reported, testimony and law explained, verdict *p. 348; (11) motion in arrest of judgment *p. 348; (12) recognizance extended, continued *p. 377; (13) prosecuting attorneys appointed *p. 439; (14) appointment as attorney declined *p. 455; (15) appointment as attorney declined *p. 457. *Journal 4:* (16) Motion in arrest of judgment overruled, motion for new trial MS p. 53; (17) continued MS p. 117; (18) continued MS p. 156.

PAPERS IN FILE: (1) Precipe for subpoena; (2) indictment; (3) capias sur indictment; (4–5) subpoenas; (6) panel of jurors; (7) report of disagreement of jury and wish for something to eat; (8) report of disagreement of jury; (9) verdict; (10) petition and affidavit for new trial; (11) motion and reasons for new trial.